FILED
CLERK, U.S. DISTRICT COURT

AUG 1 9 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,      )      Case No.    CR  12-970-MMM-2
                               )
              Plaintiff,       )      ORDER DENYING DEFENDANT'S
                               )      APPLICATION TO RECONSIDER
         v.                    )      ORDER DENYING PRETRIAL RELEASE
                               )
Lilliana  Mariscal,            )
                               )
              Defendant.       )
_____)

I.

This matter is before the court on defendant's application to
reconsider this court's   4/24/13    order denying pretrial release
and imposing detention pursuant to 18 U.S.C. § 3142(e) ("Defendant's
Application").

The Government ✓ is ( ) is not entitled to a rebuttable
presumption that no condition or combination of conditions will
reasonably assure defendant's appearance as required and the safety of
any person or the community.

II.

A.    (   )    The Court finds by a preponderance of the evidence
              that no condition or combination of conditions
              will reasonably assure the appearance of defendant
              as required;

B.    (✓)    The Court finds by clear and convincing evidence
              that no condition or combination of conditions
              will reasonably assure the safety of any other
              person and the community.

III.

The Court has considered:

A.    (✓)  the nature and circumstances of the offense(s) charged;

B.    (✓)  the weight of the evidence against defendant;

C.    (✓)  the history and characteristics of defendant;

D.    (✓)  the nature and seriousness of the danger to any person
           or the community that would be posed by defendant's
           release;

E.    (✓)  the Pretrial Services Report/Recommendation;

F.    (✓)  the evidence proffered/presented at the hearing;

G.    (✓)  the arguments of counsel.

IV.

The Court concludes:

A.    (✓  Defendant poses a risk to the safety of other persons
           and the community based on: Criminal history
      including 3 prior trafficking offenses; history of substance
      abuse (including 2 convictions for use of illegal drugs);
      history of non-compliance (probation revocation);
      instant offense allegations (including drug trafficking +
                          possession of firearm)

2

B.   (  )  Defendant poses a serious flight risk based on: _____

_____

_____

_____

C.   (  )  A serious risk exists that defendant will:

       1.   (  )  obstruct or attempt to obstruct justice;

       2.   (  )  threaten, injure or intimidate a prospective

           witness or juror or attempt to do so;

based on: _____

_____

_____

_____

D.   ( ✓ )  Defendant has not rebutted by sufficient evidence to

      the contrary the presumption provided in 18 U.S.C.

      § 3142(e) that no condition or combination of

      conditions will reasonably assure the safety of any

      other person and the community;

and/or

    (  )  Defendant has not rebutted by sufficient evidence to

      the contrary the presumption provided in 18 U.S.C.

      § 3142(e) that no condition or combination of

      conditions will reasonably assure the appearance of

      defendant as required.

IT IS ORDERED that Defendant's Application is denied and that
defendant be detained prior to trial.

IT IS FURTHER ORDERED that defendant be committed to the custody
of the Attorney General for confinement to a corrections facility

1   separate, to the extent practicable, from persons awaiting or serving

2   sentences or persons held in custody pending appeal.

3        IT IS FURTHER ORDERED that defendant be afforded reasonable

4   opportunity for private consultation with defendant's counsel.

5        IT IS FURTHER ORDERED that, on Order of a Court of the United

6   States or on request of an attorney for the Government, the person in

7   charge of the corrections facility in which defendant is confined

8   deliver defendant to a United States Marshal for the purpose of an

9   appearance in connection with a court proceeding.

10       DATED:    8/19/13

11

12                            _____

13                            HONORABLE JACQUELINE CHOOLJIAN
                              United States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4